# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:16-cr-00054-APG-VCF |
| YOLANDA JENNINGS, | **ORDER** |
| Defendant. | |

Before the Court is the Second Motion to Address Inadequate Medical Care (ECF No. 73).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Second Motion to Address Inadequate Medical Care (ECF No. 73) is scheduled for 1:00 PM, September 8, 2017, in Courtroom 3D.

IT IS FURTHER ORDERED that the medical department supervisor at CCA Nevada Southern Detention Center must file an affidavit, by September 7, 2017, documenting the efforts that were made to comply with this Court's May 31, 2017 Order (ECF No. 64). A representative of the medical department at CCA Nevada Southern Detention Center must be at the hearing at 1:00 PM, September 8, 2017.

The U.S. Marshal is directed to transport Yolanda Jennings to and from the hearing.

DATED this 29th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE